FILED'06 FEB 07 09:48USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LEE HUCKABEE,

Plaintiff,

v.  Civil No.: 05-6224-TC

BERNADETTE FISHERIES, INC., et al.

Defendants.

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on January 9, 2006, to show cause in writing why this action should not be dismissed for failure to prosecute by failing to serve summons and complaint on defendants by February 1, 2006. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: February 7 , 2006.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION